NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLAKE JONES,**
*Plaintiff-Appellant*

**v.**

**RONDA M. FOWLKES GROSS, TODD HUNT,
JAMES O'SHEA, DAVID PERKINS,**
*Defendants-Appellees*

---

2023-1851

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 2:23-cv-10520-SJM-CI, Judge Stephen J. Murphy, III.

---

PER CURIAM.

## O R D E R

Having considered Blake Jones's response to the court's July 20, 2023, show cause order, we now transfer his case to the United States Court of Appeals for the Sixth Circuit.

Mr. Jones brought this suit against two Michigan state court judges and two local police officers, asserting claims relating to his arrest and a petition in probate court for his mental health treatment.  The United States District Court

for the Eastern District of Michigan dismissed, and Mr. Jones filed a notice of appeal seeking this court's review.

This appeal does not fall within the limited authority that Congress granted this court to review decisions of federal district courts. That jurisdiction extends only to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* §1295(a)(4)(C); or certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2), *see* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1). Lacking jurisdiction, we may transfer to another court where "the action or appeal could have been brought at the time it was filed," 28 U.S.C. § 1631. Here, the appropriate court is the United States Court of Appeals for the Sixth Circuit.

Upon consideration thereof,

IT IS ORDERED THAT:

This appeal and all transmittals are transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

October 13, 2023                    /s/ Jarrett B. Perlow
        Date                        Jarrett B. Perlow
                                    Clerk of Court